In the Matter of SAMUEL ROSE, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted April 12, 1948; decided April 22, 1948.

*Sydney A. Hellenbrand* and *Harold W. Hastings* for motion. *Kenneth M. Spence, Einar Chrystie* and *Henry F. Waldstein* opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.